IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SONIA MAXWELL PURVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:19-cv-1161 |
| | ) | Judge Trauger |
| CLARKSVILLE MONTGOMERY COUNTY | ) | |
| COMMUNITY ACTION HEADSTART, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 20, 2017, the magistrate judge issued a Report and Recommendation (Doc. No. 14), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The Motion to Dismiss for Failure to State a Claim filed by defendants Bagwell, Camell, Chiodini, Clarksville Montgomery County Community Action Headstart, and Finley (Doc. No. 5) is GRANTED with respect to individual defendants Bagwell, Camell, Chiodini, and Finley, but DENIED WITHOUT PREJUDICE with respect to defendant Clarksville Montgomery County Community Action Headstart.

2. The plaintiff must file an amended complaint providing a more definitive statement of her claims and underlying factual allegations pursuant to Rule 12(e) of the Federal Rules of Civil Procedure within twenty (20) days of the entry of this Order.

This case is hereby RETURNED to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge